# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARIO B. LONG, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01289-MTS |
| ) | |
| MAUREEN W. GORNIK, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented Plaintiff Mario Long, Sr. filed this civil rights action for injunctive relief on September 23, 2024; however, Plaintiff neither paid the Court filing fee nor filed a motion to proceed without prepayment of fees or costs. Plaintiff must do one or the other for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1); *see also* 28 U.S.C. § 1914 (setting district court filing fees). If Plaintiff files a motion seeking leave to commence this action without prepaying fees or costs, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff's failure to timely pay the filing fee or file a motion seeking leave to commence this action without prepayment of fees or costs will result in the dismissal of this case without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank Application to Proceed in District Court without Prepaying Fees or Costs form (MOED-0046).

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee in full or submit a motion to proceed without prepaying fees or costs no later than **Thursday, October 24, 2024**.[*]

**IT IS FURTHER ORDERED** that, if Plaintiff files a motion seeking leave to commence this action without prepaying fees or costs, he must comply with 28 U.S.C. § 1915(a)(2) by submitting a certified copy of his prison account statement for the six-month period immediately preceding the filing of the Complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 24th day of September 2024.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[*] If Plaintiff cannot prepay the entire $405 fee, then he will be required to pay monthly installments until he has paid the full $405 filing fee. *See Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998) (per curiam) (explaining that "all prisoner-litigants" must "pay filing fees in full, with the only issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time"); *see also* 28 U.S.C. § 1915(b)(1) (providing that "if a prisoner brings a civil action," then "the prisoner shall be required to pay the full amount of a filing fee").