UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARIO B. LONG, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-01289-MTS |
| | ) | |
| MAUREEN W. GORNIK, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [3]. When Plaintiff filed this action, he neither paid the required filing fee, *see* 28 U.S.C. § 1914, nor sought to proceed without prepayment of fees, *see id.* § 1915(a)(1). *See also Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998) (per curiam) (explaining that prisoner-litigants must "pay filing fees in full, with the only issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time"). The Court ordered Plaintiff to do one or the other. Doc. [2]. In response, Plaintiff filed the instant Application, but he left virtually the entire form blank. Because Plaintiff completed essentially none of the application, his application fails to comply with § 1915(a)(1).

In addition, the Court informed Plaintiff that any application to proceed without prepaying fees or costs needed to be accompanied by "a certified copy of his prison account statement for the six-month period immediately preceding the filing of the Complaint." Doc. [2]. Plaintiff filed a copy of his prison account statement, but it is not

certified.  *See* 28 U.S.C. § 1915(a)(2) (requiring that prisoner-litigants file a *certified* copy of the account statement).

The Court will provide Plaintiff one more opportunity to either pay the required $405 filing fee in full or complete and file a proper Application to Proceed in District Court Without Prepaying Fees or Costs.  If Plaintiff fails to do so, the Court will dismiss this action without further notice.  *See Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997) ("A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders.").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [3], is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall either pay the required $405 filing fee in full or shall file a proper Application to Proceed in District Court without Prepaying Fees or Costs, along with the required certified account statement, no later than **Wednesday**, **December 11, 2024**.  **The failure to do so will result in the dismissal of this action without further notice.**

Dated this 30th day of October 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE